IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02581-WDM-KLM

DENNIS SMITH,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC, a Georgia limited liability company,

    Defendant.

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

    This matter is before me on the stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) (doc no 19) filed by the parties. I take judicial notice that the complaint is dismissed with prejudice, each party her or his own attorneys' fees and costs.

    DATED at Denver, Colorado, on March 10, 2009.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States Senior District Judge

PDF FINAL